# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4078

_____

ELIZABETH B. AUGUSTUS, former
wife,

      Appellant,

      v.

JOSEPH R. AUGUSTUS, former
husband,

      Appellee.

_____


On appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

February 6, 2018


PER CURIAM.

      AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A., Jacksonville, for Appellant.

Michael J. Korn of Korn & Zehmer, P.A., and Dee D. Reiter of Roberts & Reiter, P.A., Jacksonville, for Appellee.